**FILED**

Mar 24 2023

**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**
BY       s/ JenniferSimmons       **DEPUTY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DOMINGO FERNANDO-SIMON (1),<br>    aka "Fernando Simon-Domingo,"<br>JONATHAN MANUEL FLORES (2),<br>PEDRO DAMIAN GOMEZ-MAYO (3),<br><br>                    Defendants. | Case No.    '23 CR0512 CAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 841(a)(1) –<br>Distribution of Methamphetamine;<br>Title 18, U.S.C., Sec. 111(b) –<br>Assault on a Federal Officer with<br>a Deadly or Dangerous Weapon;<br>Title 18, U.S.C., Sec. 924(c) –<br>Brandishing a Firearm in<br>Furtherance of a Crime of<br>Violence; Title 21, U.S.C.,<br>Sec. 853, Title 18, U.S.C.,<br>Sec. 924(d)(1), and Title 28,<br>U.S.C., Sec. 2461(c) - Criminal<br>Forfeiture |

The grand jury charges:

### Count 1
### Distribution of Methamphetamine
### [21 U.S.C. § 841(a)(1)]

On or about February 6, 2023, within the Southern District of California, defendant DOMINGO FERNANDO-SIMON, aka "Fernando Simon-Domingo," did knowingly distribute 500 grams and more, to wit: 916.6 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

APW:nlv:San Diego:3/24/23

Count 2
Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about February 10, 2023, within the Southern District of California, defendant DOMINGO FERNANDO-SIMON, aka "Fernando Simon-Domingo," did knowingly distribute 500 grams and more, to wit: 1940.5 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3
Distribution of Methamphetamine
[21 U.S.C. § 841(a)(1)]

On or about March 2, 2023, within the Southern District of California, defendant PEDRO DAMIAN GOMEZ-MAYO did knowingly distribute 500 grams and more, to wit: 2.31 kilograms (5.10 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 4
Assault on a Federal Officer with a Deadly or Dangerous Weapon
[18 U.S.C. § 111(b)]

On or about February 17, 2023, within the Southern District of California, the defendant JONATHAN MANUEL FLORES, did forcibly assault a federal officer using a deadly and dangerous weapon, to wit: one (1) Glock, Model 45, 9mm, pistol bearing serial number BUKC318, while such federal officer was engaged in his official duties; in violation of Title 18, United States Code, Section 111(b).

//
//

2

## Count 5
### Brandishing a Firearm in Furtherance of a Crime of Violence
### [18 U.S.C. § 924(c)]

On February 17, 2023, within the Southern District of California, defendant JONATHAN MANUEL FLORES knowingly, used, carried, and brandished a firearm, to wit: one (1) Glock, Model 45, 9mm, pistol bearing serial number BUKC318, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Assault on a Federal Officer in violation of Title 18, United States Code Section 111(b), as alleged in Count 4 of this indictment; all in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

1.    The allegations contained in Counts 1 through 5 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of one and more of the felony offenses alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants DOMINGO FERNANDO-SIMON, aka "Fernando Simon-Domingo," and PEDRO DAMIAN GOMEZ-MAYO, shall forfeit to the United States any and all property constituting and derived from any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part

3

to commit and to facilitate the commission of the violations alleged in Counts 1-3 of this Indictment.

3.    Upon conviction of one and more of the offenses alleged in Counts 1 through 5 of this Indictment, defendants DOMINGO FERNANDO-SIMON, aka "Fernando Simon-Domingo," JONATHAN MANUEL FLORES and PEDRO DAMIAN GOMEZ-MAYO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to one (1) Glock, Model 45, 9mm, pistol bearing serial number BUKC318 and all ammunition.

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//
//
//
//

4

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED:   March 24, 2023.

RANDY S. GROSSMAN
United States Attorney

By: 

EVANGELINE DECH
ALICIA P. WILLIAMS
Assistant U.S. Attorneys